UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant*. | Civ. A. No. 23-2316 (TJK) |

**DEFENDANT'S MOTION FOR AN EIGHTEEN-MONTH STAY OF PROCEEDINGS**

Defendant United States Food and Drug Administration ("FDA"), through its undersigned counsel, respectfully moves for an eighteen-month stay of this Freedom of Information Act ("FOIA") case pursuant to 5 U.S.C. § 552(a)(6)(C) and *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Exceptional circumstances, including two concurrent and unprecedented court-ordered productions in the United States District Court for the Northern District of Texas, warrant a stay. If granted, FDA proposes: (1) at least two weeks after the stay concludes, FDA submits a status report advising the Court about its ability to proceed or setting forth circumstances that warrant an extension of the stay; and (2) update the court every six months with its most recent status reports regarding compliance with the two court-ordered productions.

In support of this motion, FDA respectfully submits the attached memorandum and declaration of Suzann Burk, Director of the Division of Disclosure and Oversight Management, which oversees the Access Litigation and Freedom of Information Branch for FDA's Center for Biologics Evaluation and Research.

\* \* \*

Date: October 12, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6734
Brian.levy2@usdoj.gov

*Attorneys for the United States of America*

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and
Human Services

MARK J. RAZA
Chief Counsel

WENDY S. VICENTE
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
joshua.davenport@fda.hhs.gov